UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLOCK 60 HOLDINGS, LLC,            CASE NO.: 3:13-CV-01397-MMH-PDB

    Plaintiff,

vs.

SOUTHERN-OWNERS INSURANCE,

    Defendant.
_____/

## SECOND SUPPLEMENTAL JOINT NOTICE ESTABLISHING COURT'S JURISDICTION

Pursuant to the Court's Order of February 10, 2014, the undersigned parties stipulate and agree:

1. At all times material to this proceeding, including the year 2013, and presently, Charles R. Thomas and his wife, Myra Thomas, were and are citizens of the State of Florida, U.S.A., residing at 11462 U.S. 129, Live Oak, FL 32060, and were and are the only members of BLOCK 60 HOLDINGS, LLC, a Florida limited liability corporation.

2. At all times material to this proceeding, including the year 2013, and presently, SOUTHERN-OWNERS INSURANCE COMPANY, was and is a corporation organized and existing under the laws of the State of Michigan with its principal place of business located at 6101 Anacapri Drive, Lansing, Michigan 48917, U.S.A.

3. At all times material to this proceeding, including the year 2013, and presently, AUTO-OWNERS INSURANCE COMPANY, was and is a corporation organized and existing under the laws of the State of Michigan with its principal place of business located at 6101 Anacapri Drive, Lansing, Michigan 48917, U.S.A.

DATED this 17th February, 2014.

| MACKINNON LAW GROUP, P.A. | DAWSON|ORR |
| --- | --- |
| | Professional Association |
| _____ for 69539 | _____ |
| JAMES CONSTABLE, ESQUIRE | CARL D. DAWSON, ESQUIRE |
| Florida Bar No. 68522 | Florida Bar No.: 0018597 |
| 10033 North Dale Mabry Highway, Suite B | Bank of America Tower |
| Tampa, FL 33618 | 50 North Laura Street, Suite 1675 |
| RmacKinnon@MacKinnon-Law.com | Jacksonville, FL 32202 |
| jconstable@mackinnonlaw.com | cdd@dawsonorr.com |
| inquiry@mackinnon-law.com | slb@dawsonorr.com |
| sspatuzzi@mackinnon-law.com | *Attorney for Defendant* |
| grodriguez@mackinnon-law.com | |
| afreeman@mackinnon-law.com | |
| *Attorneys for Plaintiff* | |